# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:12-CV-00735-BR

Plaintiff:
**TOO MARKER PRODUCTS, INC., ET AL**
vs.
Defendant:
**CREATION SUPPLY INC., ET AL**

Received these papers to be served on CREATION SUPPLY, INC. C/O JOHN GRAGG, REGISTERED AGENT, 1314 SUNFLOWER LN, MINOOKA, IL 60447. I, Karen Crohan, being duly sworn, depose and say that on the 26 day of May, 2012 at 7:58 A.m., executed service by delivering a true copy of the SUMMONS; COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION; CIVIL CASE ASSIGNMENT ORDER; DISCOVERY AND PRETRIAL SCHEDULING ORDER AND FED. R. CIV. P. 26(a) DISCOVERY AGREEMENT in accordance with state statutes in the manner marked below:

(X) CORPORATE PERSONAL SERVICE. Served the within-named person by personally delivering an exact and complete copy of the above document(s) to the within named at the address listed.

( ) CORPORATE IN CHARGE: Served the within named company by delivering an exact and complete copy of the above document(s) to _____ the registered agent, officer, director, general partner, or managing agent of the corporation or limited partnership, or clerk on duty in the office of a registered agent.

( ) CORPORATE SERVICE: By delivering an exact and complete copy of the above document(s) to _____ as the _____ of the within named company.

( ) GOVERNMENT: By delivering an exact and complete copy of the above document(s) to _____ who is authorized to accept service and informed said person of the contents therein, in compliance with State statutes.

( ) SUB SERVICE MAILING: Thereafter I mailed (by first class mail, postage prepaid) copies of the above referenced document(s) and a copy of this proof showing when and to whom served to the person served at the place where the copies were left on _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

I hereby delcare under penalty of perjury under the laws of the state of service that the foregoing is true and correct.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 29 day of May, 2012 by the affiant.

_Joan C Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

_Karen Crohan_
PROCESS SERVER # 117 - 001119
Appointed in accordance with State Statutes

Our Job Serial Number: 2012003784
Ref: 8017-003

