IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TOO MARKER PRODUCTS, INC., and<br>IMAGINATION INTERNATIONAL, INC., | Case No. 3:12-cv-00735-BR |
|     Plaintiffs/Counterclaim Defendants/<br>    Crossclaim Defendants/Counter-<br>    Crossclaim Plaintiffs, | |
|     v. | **SETTLEMENT ORDER**<br>**AND DISMISSAL** |
| CREATION SUPPLY INC., | |
|     Defendant/Counterclaim Plaintiff/<br>    Third-Party Plaintiff | |
|     v. | |
| ALPHA ART MATERIALS, CO., LTD., | |
|     Third-Party Defendant/Crossclaim<br>    Plaintiff/ Counter-Crossclaim<br>    Defendant. | |

Based on the record in this case and the Unopposed Joint Motion for Entry of Settlement Order and Dismissal filed by Too Marker Products, Inc.; Imagination International, Inc.; and Creation Supply Inc., for the entry of the following judgment:

Exhibit 1
Page 1 of 2

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. This court has jurisdiction over the parties to this action and over the subject matter of this action.

2. This Settlement Order and Dismissal is subject to all terms of the Settlement Agreement dated as of July 29, 2013, entered into by and between Too Marker Products, Inc. ("Too Marker"), and Imagination International, Inc. ("Imagination International"), on the one hand, and Creation Supply Inc. ("Creation Supply") and John Gragg ("Gragg"), on the other hand (the "Settlement Agreement").

3. All claims asserted in this case by Too Marker and Imagination International, or either of them, against Creation Supply are hereby dismissed without prejudice, and all counterclaims asserted in this case by Creation Supply against Too Marker and Imagination International, or either of them, are hereby dismissed without prejudice.

4. This court shall retain continuing subject matter and personal jurisdiction for the purposes of construing or enforcing the terms of this Settlement Order and Dismissal and the Settlement Agreement between the parties, or for resolving any other dispute arising hereunder.

5. Each party shall bear its own fees, costs, and disbursements.

6. There shall be no appeal from this Settlement Order and Dismissal.

IT IS SO ORDERED.

DATED this 19th day of August, 2013.

_____
ANNA J. BROWN
United States District Judge

Exhibit 1
Page 2 of 2